**IT IS ORDERED as set forth below:**



Date: December 17, 2012

_____
**Wendy L. Hagenau
U.S. Bankruptcy Court Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No.  10-95368-WLH |
| | ) | |
| JAMES DAVID CARTER, Sr. and | ) | |
| DEBRA E. CARTER, | ) | Chapter 7 |
| | ) | |
| Debtors. | ) | |

### ORDER

On December 14, 2012, Trustee filed a motion for approval to make a payment to Debtors for their allowed exemption in their 2010 tax refunds and to pay Debtors the post-petition portion of such tax refunds [Doc. No. 44] (the "Motion").  No notice or hearing on the Motion is necessary.  For good cause shown, it is hereby

**ORDERED** that the payment in the amount of $5,454.45 to debtors James and Debra Carter is approved.

**[END OF DOCUMENT]**

Signatures on following page

1

Prepared and submitted by

*/s/*_____
Jason L. Pettie, Trustee
Georgia Bar # 574783
150 E Ponce de Leon Ave, Ste 150
Decatur, Georgia  30030
(404) 638-5984

**DISTRIBUTION LIST**

James and Debra Carter
751 Fincher Rd
Covington, GA  30016

Maureen E. Wood
Wood & Wood, LLP
Suite A, 1070 Iris Drive, SW
Conyers, GA  30094

Office of the U.S. Trustee
Room 362, Richard B. Russell Federal Bldg
75 Spring Street, SW
Atlanta, Georgia 30303

Jason L. Pettie, P.C.
150 E Ponce de Leon Ave
Suite 150
Decatur, Georgia  30030

2